■ JONATHAN WOLF et al., Appellants, v CINDY OGINSKY et al., Respondents. [638 NYS2d 336] —Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (DeMaro, J.), dated November 28, 1994.

Ordered that the order is affirmed, with costs, for reasons stated by Justice DeMaro at the Supreme Court. Bracken, J. P., Miller, Joy, Hart and Krausman, JJ., concur.